# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF DISPOSITION

[ ] BENTON   [X] EAST ST. LOUIS            [X] CONTESTED     [ ] UNCONTESTED

U.S.A.  v. ROYCE SPANN                    CRIMINAL NO. 13-30131-WDS

DEFT. COUNSEL: ADAM FEIN                  JUDGE:   WILLIAM D. STIEHL

GOVT. COUNSEL: JUNGMIN LEE                DATE: 12/16/13      TIME: 10:30 AM - 12:00 PM

REPORTER:  DAVEANNA JOHNSON               DEPUTY:  CHERYL RITTER

___X___ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL. RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL  NOT  HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: (No Objections)

TOTAL AMOUNT OF controlled substance  (e.g. cocaine base, marijuana, etc.) CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS approximately 753 grams of heroine

OFFENSE LEVEL:    27       CRIMINAL HISTORY CATEGORY:    II
SENTENCE RANGE: 78 - 97 Months    FINE RANGE: $12,500.00 - $5,000,000.00
SUPERVISED RELEASE RANGE:   4 years - Life

COURT [X] ACCEPTS [ ] REJECTS PLEA AGREEMENT

GOVERNMENT WITNESSES: Amer "Mike" Shah, DEA Analyst (10:49 - 10:56)
GOVERNMENT EXHIBITS 1 & 2 MARKED AND ADMITTED
DEFENDANT EXHIBITS 1, 2A, 2B, 3, 4, 5, 6 & 7 MARKED AND ADMITTED

GOVERNMENT'S ORAL MOTION FOR UPWARD DEPARTURE IS DENIED

CUSTODY OF [ ] ATTORNEY GENERAL [X] BUREAU OF PRISONS

**SENTENCE:**   97 Months imprisonment.

UPON RELEASE FROM IMPRISONMENT, DEFENDANT PLACED ON **SUPERVISED RELEASE** FOR   **5 Years.**

CONDITIONS OF SUPERVISION:

[X]    Within 72 hours of release from BOP, defendant to report to probation in district released.

[X]    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[X]    Defendant shall not commit any further crimes.

[X]    Defendant shall not illegally possess any controlled substances.

[X]     Defendant shall not possess firearm or other destructive device.

[X]     Defendant shall submit within 15 days for drug urinalysis.

[X]     See Judgment for Additional Terms of Supervised Release.

MONETARY PENALTIES

[X]     **SPECIAL ASSESSMENT** $ 100.00   ON EACH OF COUNT(S)   1  
        **TOTAL** $100.00        DUE IMMEDIATELY.

[X]     COURT FINDS DEFENDANT'S FINANCIAL CONDITION IS SUCH THAT HE IS UNABLE TO:
        [ ] PAY RESTITUTION, [X] PAY A FINE, [X] PAY COSTS OF INCARCERATION OR SUPERVISION AND THEY ARE WAIVED.

[X]     DEFENDANT ADVISED OF RIGHT TO APPEAL.

[X]     DEFENDANT REMANDED TO THE CUSTODY OF THE USMS

[X]     ALL EXHIBITS RETURNED AT THE CONCLUSION OF THE HEARING